IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                Criminal Case No: 09-20119-14-JWL
                                  Civil Case No:       11-2697-JWL

JESUS RIOS-MENDOZA (14),

    Defendant/Movant.

## **ORDER**

    The defendant Jesus Rios-Mendoza filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody (doc. #821) on December 21, 2011.

    IT IS THE ORDER OF THE COURT that the United States shall have until **January 27, 2012** to file a response to defendant's motion (doc. #821) and the defendant shall have until **February 27, 2012** to reply thereto.

    IT IS SO ORDERED.

    Dated in Kansas City, Kansas this 27th day of December, 2011.

                                                      s/ John W. Lungstrum
                                                      John W. Lungstrum
                                                      District Judge